Chamber of Commerce of the United States; California Chamber of Commerce; Employers Group; California Healthcare Association; California Manufacturers and Technology Assn.; California Association of Health Facilities; California Association of Home & Services for the Aging; Bettec Corporation; Marksherm Corporation; Zilaco Inc., Zilaco; Del Rio Healthcare, Inc.; Beverly Health & Rehabilitation Services, Inc. dba Beverly Manor Costa Mesa; Internext Group, Plaintiffs–Appellees,

and

AFL–CIO & Wholesale Delivery Drivers; California Labor Federation, AFL–CIO, Intervenors,

v.

Bill Lockyer, Attorney General, in his capacity as Attorney General of the State of California; Department of Health Services; Frank G. Vanacore, as the Chief of the Audit Review and Analysis Section of the California Department of Health Services; Diana M. Bonta, Diana M. Bonta, R.N., Dr., P.h.D, as the Director of the California Department of Health Services, Defendants–Appellants.

Nos. 03–55166, 03–55169.

United States Court of Appeals, Ninth Circuit.

Filed May 13, 2005.

Stephen A. Bokat, Washington, DC, Bradley W. Kampas, Scott W. Oborne, Jackson Lewis LLP, Mark A. Johnson, Mark E. Reagan, Hooper, Lundy & Bookman, Inc., San Francisco, CA, Plaintiffs–Appellees.

Scott A. Kronland, Altshuler Berzon Nussbaum Rubin & Demain, San Francisco, CA, for Plaintiff–Appellant.

Scott A. Kronland, Altshuler Berzon Nussbaum Rubin & Demain, San Francisco, CA, for Intervenors–Appellants.

Suzanne M. Ambrose, Deputy Atty. Gen., Office of the California Attorney General, Sacramento, CA, Richard T. Waldow, Deputy Atty. Gen., Office of the California Attorney General, Los Angeles, CA, for for Defendants.

Daniel V. Yager, McGuiness & Williams, Denise F. Meiners, NLRB, Washington, DC, Amicus.

**592**

Before BEEZER and FISHER, Circuit Judges, and ENGLAND, District Judge.*

### ORDER

The Petition for Panel Rehearing is GRANTED, and the case shall be resubmitted as of the date of this order, without additional oral argument. The panel's opinion is withdrawn and shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the panel upon rehearing.